# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

March 3, 2020

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:    **Ortiz Ochoa v. Prince Deli Grocery Corp. et al.**
               **Case No. 18-cv-9417**

Dear Judge Ramos:

     This office represents Plaintiff in the above referenced matter. We write to request that the Court schedule an initial conference in this action.

     The parties were referred to mediation, however, the Defendants chose not to mediate because they determined it would not be productive. While the Defendants have answered Plaintiffs' complaint, the parties have yet to agree upon a discovery schedule. As such, Plaintiffs respectfully request the Court schedule an initial conference at its convenience.

     We thank the Court for its attention to this matter

                                                                      Respectfully Submitted,

                                                                     /s/ Michael Faillace

                                                                       Michael Faillace