# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                      Telephone: (212) 317-1200
New York, New York 10165                       Facsimile: (212) 317-1620

_____

## MEMO ENDORSED

October 19, 2020

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Fact discovery and non-expert depositions shall now be completed by December 3, 2020. The October 20 case management conference is adjourned to December 9, 2020, at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 10/19/2020
> New York, New York

Re: **Ortiz Ochoa v. Prince Deli Grocery Corp. et al.**
      **Case No. 18-cv-9417**

Dear Judge Ramos:

    This office represents Plaintiff in the above referenced matter. We write jointly with Defendants' counsel to respectfully request a 45-day extension of fact discovery and adjournment of the conference currently set for October 20, 2020. This is the third request of its nature. All previous requests were granted.

    The reason for this request is that Defendants are still in the process of answering Plaintiffs' First Request for the Production of Documents and First Set of Interrogatories, served on July 10, 2020. Parties thus request an extension to allow Defendants to complete these requests and allow Plaintiffs time to conduct depositions.

    Thus, the Parties respectfully request that: (i) the fact discovery completion deadline & non-expert deposition completion deadline be extended from October 19, 2020 until December 3, 2020 and (ii) the October 20, 2020 case management conference be adjourned to a date and time set by the Court after December 3, 2020.

    We thank the Court for its attention to this matter

                                                       Respectfully Submitted,

                                                        /s Clela Errington

                                                        Clela A. Errington, Esq.

Cc: All counsel via ECF