# EXHIBIT B



February 1st, 2019

189 Mayberry Promenade

Staten Island, NY 10312

To Whom It May Concern:

    This letter is to confirm that commercial store "Prince Deli Corp" located at 1461 5th Ave. New York, NY was temporarily closed from December 20th 2017 to August 1st 2018 due to renovations and remodeling.

    If you have any questions or concerns, please feel free to contract us at our office address listed above, or email us at info@ModernGCR.com

Regards,

Mohamed Ikhmayes

Modern G.C & Renovations Corp.



*Rebuilding Neighborhoods One Block at a Time*

February 1st , 2019


To Whom It May Concern:

This letter is to confirm that commercial store Prince Deli Corp. was temporarily closed from December 20th 2017 through August 1st, 2018 due to renovations.

If you have any questions, comments or concerns, please advise.


Sincerely,

Jennifer Cabrera
Commercial Property Manager


CC: Prince Deli Corp. file

Defendants 0002

 <sup>TM</sup>

**Buildings**



# **Work Permit** Department of Buildings

Permit Number: *123168400-01-EW-OT*

Issued: *12/19/2017*   Expires: *08/01/2018*

Issued to: *MOHAMED IKHMAYES*

Address: *MANHATTAN        1461 5 AVENUE*

Business: *MODERN G.C. RENOVATION CO*

Contractor No: *GC-613533*

Description of Work: *CONCRETE WORK NOT AUTHORIZED - CONCRETE PLACEMENT, FORMWORK, STEEL REINFORCING NOT PERMITTED.*

*ALTERATION TYPE 2 - GEN. CONSTR. INTERIOR RENOVATION OF EXISTING DELI STORE AS PER PLAN PLAN NO CHANGE IN USE EGRESS AND OCCUPANCY.*

*Review is requested under Building Code: Prior-to-1968        SITE FILL: NOT APPLICABLE*

To see a Zoning Diagram (ZD1) or to challenge a zoning approval filed as part of a New Building application or Alteration application filed after 7/13/2009, please use "My Community" on the Buildings Department web site at www.nyc.gov/buildings.

Emergency Telephone Day or Night:  **311**

Borough Commissioner:

Commissioner of Buildings:

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

## GENERAL NOTES

UNLESS OTHERWISE NOTED, GENERAL CONDITION OF THE CONTRACT FOR CONSTRUCTION, A1A DOCUMENT-201 SHALL APPLY. HEAT AND POWER DURING CONSTRUCTION SHALL BE PAID FOR BY THE OWNER, THE CONTRACTOR SHALL OBTAIN CERTIFICATE OF OCCUPANCY. SUBSTITUTION SHALL NOT BE MADE WITHOUT WRITTEN AUTHORIZATION BY THE ARCHITECT. THE PREMISES SHALL BE KEPT REASONABLY CLEAN AT ALL TIMES, AT THE COMPLETION OF WORK, THE CONTRACTOR SHALL REMOVE ALL WASTE MATERIALS, TOOLS RUBBISH, ETC. CLEAN ALL GLASS AND LEAVE WORK BROOM CLEAN UNLESS. THE CONTRACTOR SHALL CARRY WORKMAN'S COMPENSATION AND GENERAL LIABILITY INSURANCE. ALL WORK SHALL COMPLY WITH STATE AND LOCAL CODES AND ORDINANCES. THE CONTRACTOR SHALL FULLY GUARANTEE HIS WORK AND THE WORK OF HIS SUBCONTRACTOR FOR A PERIOD OF AT LEAST ONE YEAR AFTER COMPLETION OF THE PROJECT UNLESS OTHERWISE SPECIFIED. ALL WORK. SHALL INDEMNIFY AND HOLD HARMLESS THE OWNER, ARCHITECT, AND THEIR AGENTS AND EMPLOYEES FROM AND AGAINST ALL CLAIMS, DAMAGES, LOSES AND EXPENSES, INCLUDING ATTORNEYS FEES ARISING OUT OF OR RESULTING FROM THE PERFORMANCE OF THE WORK PROVIDED THAT ANY SUCH CLAIM, DAMAGE, LOSS OR EXPENSE.

(A). IS ATTRIBUTABLE TO THE BODILY INJURY SICKNESS, DISEASE OR DEATH OR TO INJURY TO OR DESTRUCTION OF TANGIBLE PROPERTY (OTHER THAN WORK ITSELF) INCLUDING THE LOSS OF USE RESULTING THEREFROM.

(B). IS CAUSED IN WHOLE OR IN PART BY ANY NEGLIGENT ACT OR OMISSION OF THE CONTRACTOR,ANY SUB-CONTRACTOR. ANYONE DIRECTLY OR INDIRECTLY EMPLOYED BY ANY OF THEM, OR ANYONE FOR WHOSE ACTS ANY OF THEM MAY BE LIABLE REGARDLESS OF WHETHER OR NOT IT IS CAUSED IN PART BY A PARTY INDEMNIFIED HEREUNDER. ALL MATERIALS, ASSEMBLIES AND METHODS OF CONSTRUCTION INCLUDING BUT NOT LIMITED TO FORM-WORK, BLOCK, FRAMING, NAILING, PLACING OF CONCRETE, ETC. ARE TO BE CARE FULLY SUPERVISED BY THE CONTRACTOR TO BE SURE THAT THEY ARE IN ACCORDANCE WITH THE ARCHITECT.THE CONTRACTOR SHALL BE RESPONSIBLE FOR SHOP DRAWINGS WHICH MAY BE NEEDED. ALL DIMENSIONS AND CONDITIONS ARE TO BE FIELD VERIFIED.

## BUILDING DEPARTMENT NOTES:

1. PRIOR TO COMMENCEMENT OF WORK, THE CONTRACTOR SHALL OBTAIN PERMITS, APPLICATIONS, ETC., AS REQUIRED BY STATE AND LOCAL CODES.
2. ALL WORK SHALL COMPLY WITH RULES AND REGULATIONS OF THE NYC. DEPARTMENT OF BUILDINGS AND ALL AGENCIES HAVING JURISDICTION
3. ALL MATERIALS ARE TO BE BSA OR MEA APPROVED IN ACCORDANCE WITH THE NYC CITY BUILDINGS CODES. ALL MATERIALS REQUIRING A FIRE RATED LABEL BY THE NEW YORK CITY CODES AND ON THE DRAWINGS SHALL BEAR THE NYC BOARD OF APPEALS APPROVAL NUMBER OR (IF PERMISSIBLE) THE UNDERWRITER'S LABORATORY INC..
4. INTERIOR FINISHES SHALL CONFORM TO THE FLAME SPREAD AND SMOKE DEVELOPED RATINGS PER SECTION 27-348 OF THE NYC BUILDING CODE. ALL INTERIOR FINISHES SHALL BE CLASS "A", UNLESS OTHERWISE NOTED.
5. PROVIDE FIRE STOPPING AS REQUIRED BETWEEN EACH FLOOR.
6. ITEMS OF CONTROLLED INSPECTIONS AS REQUIRED BY THE NYC BUILDING CODE SHALL BE INSPECTED AND/OR TESTED TO VERIFY COMPLIANCE WITH CODE REQUIREMENT. UNLESS OTHERWISE PROVIDED IN THE CODE, ALL REQUIRED INSPECTIONS AND TEST OF MATERIAL, SHALL BE MADE OR WITNESSED BY OR UNDER THE SUPERVISION OF AN ARCHITECT OR AN ENGINEER RETAINED BY OR ON BEHALF OF THE OWNER.
7. THE ARCHITECT OF THIS PROJECT HAS NOT BEEN RETAINED TO SUPERVISE THIS CONSTRUCTION (NOR FOR ANY FIELD SUPERVISION WHATSOEVER) AND ASSUMES NO RESPONSIBILITIES FOR THE PERFORMANCE OF THE WORK. SUPERVISION BY THE ARCHITECT IS LIMITED TO THAT WHICH IS REQUIRED BY THE BUILDING CODES ONLY WITH ALL COSTS BORNE BY THE OWNER.
8. THE GENERAL CONTRACTOR IS RESPONSIBLE FOR THE VERIFICATION OF ALL CONDITIONS AND DIMENSIONS AT THE BUILDING SITE AND HE IS TO NOTIFY THE ARCHITECT OF ANY DISCREPANCY PRIOR TO PROCEEDING WITH CONSTRUCTION WORK. HE SHALL TAKE DIMENSIONS AS REQUIRED AND BE RESPONSIBLE FOR SAME.
9. ALL CONTRACTORS USING THESE DRAWINGS ARE TO COMPLY WITH ALL LAWS, ORDINANCES, AND REGULATIONS WHICH BEAR ON THE SCOPE AND CONDUCT OF THE WORK IN REGARD TO THE MATERIALS, ASSEMBLIES, FORMS AND METHODS OF CONSTRUCTIONS AND SERVICE OF EQUIPMENT USED.

## §28-104.8.4 TENANT PROTECTION PLAN.

CONSTRUCTION DOCUMENTS FOR ALTERATIONS OF BUILDINGS IN WHICH ANY DWELLING UNIT WILL BE OCCUPIED DURING CONSTRUCTION SHALL INCLUDE A TENANT PROTECTION PLAN. SUCH PLAN SHALL CONTAIN A STATEMENT THAT THE BUILDING CONTAINS DWELLING UNITS THAT WILL BE OCCUPIED DURING CONSTRUCTION AND SHALL INDICATE IN SUFFICIENT DETAIL THE SPECIFIC UNITS THAT ARE OR MAY BE OCCUPIED DURING CONSTRUCTION, THE MEANS AND METHODS TO BE EMPLOYED TO SAFEGUARD THE SAFETY AND HEALTH OF THE OCCUPANTS, INCLUDING, WHERE APPLICABLE, DETAILS SUCH AS TEMPORARY FIRE-RATED ASSEMBLIES, OPENING PROTECTIVE, OR DUST CONTAINMENT PROCEDURES. THE ELEMENTS OF THE TENANT PROTECTION PLAN MAY VARY DEPENDING ON THE NATURE AND SCOPE OF THE WORK BUT AT A MINIMUM SHALL MAKE DETAILED AND SPECIFIC PROVISIONS FOR:
1. **EGRESS.** AT ALL TIMES IN THE COURSE OF CONSTRUCTION PROVISION SHALL BE MADE FOR ADEQUATE EGRESS AS REQUIRED BY THIS CODE AND THE TENANT PROTECTION PLAN SHALL IDENTIFY THE EGRESS THAT WILL BE PROVIDED. REQUIRED EGRESS SHALL NOT BE OBSTRUCTED AT ANY TIME EXCEPT WHERE APPROVED BY THE COMMISSIONER.
2. **FIRE SAFETY.** ALL NECESSARY LAWS AND CONTROLS, INCLUDING THOSE WITH RESPECT TO OCCUPIED DWELLINGS, AS WELL AS ADDITIONAL SAFETY MEASURES NECESSITATED BY THE CONSTRUCTION SHALL BE STRICTLY OBSERVED.
3. **HEALTH REQUIREMENTS.** SPECIFICATION OF METHODS TO BE USED FOR CONTROL OF DUST, DISPOSAL OF CONSTRUCTION DEBRIS, PEST CONTROL AND MAINTENANCE OF SANITARY FACILITIES, AND LIMITATION OF NOISE TO ACCEPTABLE LEVELS SHALL BE INCLUDED.
3.1. THERE SHALL BE INCLUDED A STATEMENT OF COMPLIANCE WITH APPLICABLE PROVISIONS OF LAW RELATING TO LEAD AND ASBESTOS.
4. **COMPLIANCE WITH HOUSING STANDARDS**. THE REQUIREMENTS OF THE NEW YORK CITY HOUSING MAINTENANCE CODE, AND, WHERE APPLICABLE, THE NEW YORK STATE MULTIPLE DWELLING LAW SHALL BE STRICTLY OBSERVED.
5. **STRUCTURAL SAFETY.** NO STRUCTURAL WORK SHALL BE DONE THAT MAY ENDANGER THE OCCUPANTS.
6. **NOISE RESTRICTIONS.** WHERE HOURS OF THE DAY OR THE DAYS OF THE WEEK IN WHICH CONSTRUCTION WORK MAY BE UNDERTAKEN ARE LIMITED PURSUANT TO THE NEW YORK CITY NOISE CONTROL CODE, SUCH LIMITATIONS SHALL BE STATED.
7. **HOURS OF CONSTRUCTION.** CONSTRUCTION OPERATION WILL BE CONFINED TO NORMAL WORKING HOURS: 8 A.M. TO 5 P.M., MONDAY THROUGH FRIDAYS, EXCEPT LEGAL HOLIDAYS.

## DEMOLITION NOTES:

- BEFORE THE START OF EVERY DEMOLITION JOB, THE DEMOLITION CONTRACTOR SHOULD TAKE A NUMBER OF STEPS TO SAFEGUARD THE HEALTH AND SAFETY OF WORKERS AT THE JOB SITE. THE SE PREPARATORY OPERATIONS INVOLVE THE OVERALL PLANNING OF THE DEMOLITION JOB, INCLUDING THE METHODS TO BE USED TO BRING THE STRUCTURE DOWN, THE EQUIPMENT NECESSARY TO DO THE JOB, AND THE MEASURES TO BE TAKEN TO PERFORM THE WORK SAFETY. PLANNING FOR A DEMOLITION JOB IS AS IMPORTANT AS
- NO EMPLOYEE SHALL BE PERMITTED IN ANY AREA THAT CAN BE ADVERSELY AFFECTED WHEN DEMOLITION OPERATIONS ARE BEING PERFORMED. ONLY THOSE EMPLOYEES NECESSARY FOR THE PERFORMANCE OF THE OPERATIONS SHALL BE PERMITTED IN THESE AREAS.
- NO MECHANICAL EQUIPMENTS TO BE USED AND NO SHORING REQUIRED

## SPECIAL INSPECTION / TR1

| FIRE-RESISTANT PENETRATIONS AND JOINTS | BC 1704.27 |
|---|---|
| ENERGY CODE COMPLIANCE INSPECTIONS (TR8) | BC 110.3.5 |

Mechanical   BC1709.16

## TR8 REQUIRED ITEM

| MAINTENANCE INFORMATION | (ID1), (ID1) |
|---|---|

## ENERGY COMPLIANCE

"TO THE BEST OF MY KNOWLEDGE, BELIEF AND PROFESSIONAL JUDGEMENT, THESE PLANS AND SPECIFICATIONS ARE IN COMPLIANCE WITH THE ENERGY CONSERVATION CONSTRUCTION CODE 2016 OF NEW YORK CITY".

| ENERGY ANALYSIS FOR ALTERATION | CLIMATE ZONE 4A | PER CHAPTER 1,2,3,4&10 |
|---|---|---|
| ITEM DESCRIPTION | PROPOSED DESIGN VALUE | REQUIRED CODE VALUE |

| ENVELOPE COMPLIANCE | | |
|---|---|---|
| INTERIOR RENOVATION | N/A | N/A |

## LIST OF DRAWING

A-001.00  GENERAL NOTES, ENERGY ANALYSIS & SPECIAL INSPECTIONS, PLOT PLAN
A-002.00  EXISTING/ PROPOSED PARTIAL 1ST FLOOR PLAN

## LEGEND

| | |
|---|---|
| LOT LINE | |
| EXISTING WALL | |
| WALL TO BE REMOVED | |
| NEW 2 HR. RATED WALL | |
| BREAK LINE | |
| BUILDING ENTRANCE | |
| FLOOR DRAIN | FD |

Accepted for OPPN #1/04
Professional Certification
MANHATTAN
Da_____

DEC 1 9 2017



PLOT PLAN
SCALE: N.T.S.

Within plot plan:
83'-0"
5 AVENUE
28'-5"
SCOPE OF WORK (PARTIAL 1ST FLOOR)
EXISTING 5 STORY BUILDING
1461 5 AVENUE, MANHATTAN
BLOCK: 1745, LOT: 01
ZONING: R7-2 (C1-4) , CB: 111
ZONING MAP: 6B
E 118 STREET

| | |
|---|---|
| House No(s) | 1461 |
| Street Name | 5 AVENUE |
| Borough | MANHATTAN |
| ZIP | NY-10035 |
| Block | 1745 |
| Lot | 01 |
| BIN | 1053946 |
| CB No | 111 |
| Zoning | R7-2 |
| Zoning Map | 6B |
| Commercial Overlay | C1-4 |

### ENGINEER

**DONAL BUTTERFIELD**

DONAL BUTTERFIELD & ASSOCIATES
232 EAST 89 STREET
NEW YORK, NY 10128
Phone: 212-427-3492
Fax: 212-423-5731
e-mail: dbutterfield@nyc.rr.com

### SCOPE OF WORK

INTERIOR RENOVATION OF EXISTING STORE SPACE AS PER PLAN. NO CHANGE IN USE, EGRESS AND OCCUPANCY

### THIS DWG:

- GENERAL NOTES
- ENERGY ANALYSIS
- SPECIAL INSPECTION
- PLOT PLAN

### SEAL & SIGNATURE:



| DESIGNED : DONAL | APPROV. |
|---|---|
| DRAWN: FATEMA | DATE: 12-18-17 |
| CHECKED: DONAL | SCALE: AS SHOWN |

DRAWING # **A-001.00**

RESERVED FOR DOB BSCAN



DEPT. BLDGS.   123816400   Job Number

SC170425020   Scan Code

Defendants 0004



Defendants 0007



Defendants 0008



Defendants 0009

Defendants 0010



Defendants 0011



Defendants 0012



Defendants 0013