# EXHIBIT C

Privileged Settlement Communication                                                    Subject to  Revision / Correction

| Plaintiff | Pay Period | | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days |
|---|---|---|---|---|---|
| | From | To | | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | 22 | 84 | 7 |
| | 12/31/2017 | 9/10/2018 | 36 | 84 | 7 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | 1 | **This chart is based upon preliminary inform** |
| | | | | 2 | **Plaintiffs reserve the right to correct or amen** |
| | | | | 3 | **This Chart was prepared without the benefit** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Privileged Settlement Communication                                                                                    Subject to  Revision / Correction

| Plaintiff | Pay Period | | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) |
|---|---|---|---|---|---|---|
| | From | To | | | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | $             12.00 | $             18.00 | $             11.00 | $             16.50 |
| | 12/31/2017 | 9/10/2018 | $             13.00 | $             19.50 | $             13.00 | $             19.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | ation and the expected testimony of Plaintiffs. | | | |
| | | | d this chart. | | | |
| | | | of discovery, or the benefit of Defendants' required wage and hour records under | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Privileged Settlement Communication                                                                    Subject to  Revision / Correction

| Plaintiff | Pay Period | | Lawful Weekly Pay | "Credited" Weekly Pay |
|---|---|---|---|---|
| | From | To | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | $  1,272.00 | $  988.00 |
| | 12/31/2017 | 9/10/2018 | $  1,378.00 | $  1,072.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **the FLSA and NYLL.** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period | | Underpayment Per Week | Unpaid Wage & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|
| | From | To | | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | $ 284.00 | $ 6,248.00 | $ 6,248.00 |
| | 12/31/2017 | 9/10/2018 | $ 306.00 | $ 11,016.00 | $ 11,016.00 |
| | | | | $ **17,264.00** | $ **17,264.00** |
| | | | | | |
| | | | | $ **17,264.00** | $ **17,264.00** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Privileged Settlement Communication Subject to  Revision / Correction

| Plaintiff | Pay Period | | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH |
|---|---|---|---|---|
| | From | To | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | $ 1,694.00 | $ 423.50 |
| | 12/31/2017 | 9/10/2018 | $ 3,276.00 | $ 819.00 |
| | | | **$ 4,970.00** | **$ 1,242.50** |
| | | | | |
| | | | **$ 4,970.00** | **$ 1,242.50** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Filing Date** | |
| | | | **FLSA** | |
| | | | **NYLL** | |
| | | | **Amendment** | |
| | | | **Today** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period | | Annual Wage Notice | Weekly Wage Statement |
|---|---|---|---|---|
| | From | To | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | $                    5,000.00 | $                    5,000.00 |
| | 12/31/2017 | 9/10/2018 | $                           - | $                           - |
| | | | $          **5,000.00** | $          **5,000.00** |
| | | | | |
| | | | $          **5,000.00** | $          **5,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **10/15/2018** | |
| | | | **10/14/2012** | |
| | | | **10/14/2009** | |
| | | | **4/9/2011** | |
| | | | **7/27/2020** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period | | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours |
|---|---|---|---|---|
| | From | To | | |
| **Luis Antonio Ortiz Ochoa** | 8/1/2017 | 12/30/2017 | $ 1,565.09 | $ 424.34 |
| | 12/31/2017 | 9/10/2018 | $ 2,208.05 | $ 656.64 |
| | | | **$ 3,773.15** | **$ 1,080.98** |
| | | | | |
| | | | **$ 3,773.15** | **$ 1,080.98** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period | | Tools of the Trade | Illegal Deductions (Uniforms) | Total Per Period |
|---|---|---|---|---|---|
| | From | To | | | |
| Luis Antonio Ortiz Ochoa | 8/1/2017 | 12/30/2017 | $ 425.00 | $ 440.00 | $ 27,027.93 |
| | 12/31/2017 | 9/10/2018 | $ - | $ 720.00 | $ 28,991.69 |
| | | | $ 425.00 | $ 1,160.00 | $ 56,019.63 |
| | | | | | |
| | | | $ 425.00 | $ 1,160.00 | $ 56,019.63 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |