AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Luis Antonio Ortiz Ochoa, et al.
        Plaintiff (s),

V.

Prince Deli Grocery Corp. et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-09417

Notice is hereby given that, subject to approval by the court, __Luis Antonio Ortiz Ochoa - Plaintiff__ substitutes
(Party (s) Name)

__John Troy__, State Bar No. __NYS 2278968__ as counsel of record in
(Name of New Attorney)

place of __Michael Faillace, Michael Faillace & Associates, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Troy Law, pllc
    Address: 41-25 Kissena Blvd., Suite 103 Flushing, New York 11355
    Telephone: (718) 762-1324     Facsimile (718) 762-1342
    E-Mail (Optional): JohnTroy@TroyPllc.Com

I consent to the above substitution.
Date: 02/05/2021

*Luis A Ortiz Ochoa*
(Signature of Party (s))

I consent to being substituted.
Date: 02/05/2021

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 02/05/2021

*John Troy*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/5/2021

Edgardo Ramos, U.S.D.J.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]