# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Jason@levinepstein.com

February 19, 2021

*<u>Via Electronic Filing</u>*
The Honorable Judge Edgardo Ramos
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *Ortiz Ochoa et al v. Prince Deli Grocery Corp. et al*
                      <u>**Case No.: 18-cv-09417-ER**</u>

Dear Honorable Judge Ramos:

      This law firm represents Defendants Prince Deli Grocery Corp. (d/b/a Prince Deli Grocery) and Abdo S. Anam (a/k/a Abdo Saleh) (together, the "Defendants") in the above-referenced action.

      Pursuant to Your Honor's Individual Motion Practice Rules 1(A), this letter respectfully serves to inform the Court that Defendants and Plaintiff's former counsel, Michael Faillace & Associates, P.C. (the "Faillace Law Firm") have reached an agreement in principle regarding the pending Order to Show Cause for Sanctions [Dckt. No. 40] (the "Order to Show Cause").

      In light thereof, and subject to the consummation of the conditions precedent to the parties' agreement, Defendants intends to withdraw the Order to Show Cause **<u>as against the Faillace Law Firm, only</u>**.

                                      Respectfully Submitted,

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                      By:  */s/ Jason Mizrahi*
                                            Jason Mizrahi
                                            420 Lexington Avenue, Suite 2525
                                            New York, NY 10170
                                            Tel. No.:  (212) 792-0048
                                            Email: Jason@levinepstein.com
                                            *Attorneys for Defendants*

VIA ECF: All Counsel