UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LUIS ANTONIO ORTIZ OCHOA,
*individually and on behalf of others similarly situated*,

                         Plaintiff,

- against -

PRINCE DELI GROCERY CORP. (D/B/A
PRINCE DELI GROCERY) *et al.*,

                         Defendants.
------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

18-cv-9417 (ER)(GWG)

The above-entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, for the following purpose:

- \_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)
- \_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)
- \_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)
- \_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *
- \_\_\_\_ JURY SELECTION

- \_\_\_\_ HABEAS CORPUS
- \_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING
- \_\_\_\_ SOCIAL SECURITY
- **X** SETTLEMENT
- \_\_\_\_ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)
- \_\_\_\_ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____

Dated: June 24, 2021
      New York, New York

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

\* Do not check if already referred for General Pre-Trial.