UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS ANTONIO ORTIZ OCHOA, et al.,                  :

        Plaintiffs,                 :            ORDER

   -v.-                                                      :
                                                        18 Civ. 9417 (ER) (GWG)
PRINCE DELI GROCERY CORP., et al.,              :

        Defendants.              :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Following a conference, the parties reached a settlement of this matter.  Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015.

      The parties are directed to make such an application to District Judge Edgardo Ramos on or before August 24, 2021, and in compliance with any applicable Individual Practices of Judge Ramos.

      If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c).  The form is available at: https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

      SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge