**MEMO ENDORSED**

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

August 24, 2021

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Joint Request for Three Week Extension to Submit Joint Fairness Letter with Executed Settlement Agreement**
*ORTIZ OCHOA et al. v PRINCE DELI GROCERY CORP.*
*d/b/a Prince Deli Grocery et al., 18-cv-09417*

Dear Judge Ramos:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to request for a three (3) week extension from August 24, 2021 to September 14, 2021 to submit the executed Joint Fairness with Settlement Agreement for Your Honor's judicial approval.

The reason for the delay is that following the Settlement Conference held before Magistrate Judge Gorenstein on July 30, 2021, the Parties are working towards finalizing the Settlement Agreement. The Parties met and conferred about their remaining dispute over settlement terms, namely the provision of right of first refusal and provision concerning acceleration of settlement sum and payment of such sum in the event of the sale of the entire business Prince Deli, Defendants' only asset. The Parties will attempt to work out their differences, or request for a telephone conference before your Honor to finalize the Settlement Agreement in due fashion.

The parties thank the Court's kind consideration on this matter.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiff
/s/ Tiffany Troy
Tiffany Troy, Esq.

---

Granted. The deadline to submit the fairness letter and proposed settlement agreement is hereby extended to September 14, 2021. The Clerk of Court is respectfully directed to terminate the motion. Doc. 76.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 8/25/2021
New York, New York

1