# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

September 14, 2021

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**MEMO ENDORSED**

Re:   **Joint Request for Three Week Extension to Submit Joint Fairness Letter with Executed Settlement Agreement**
*ORTIZ OCHOA et al. v PRINCE DELI GROCERY CORP.*
*d/b/a Prince Deli Grocery et al., 18-cv-09417*

Dear Judge Ramos:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to request for a three (3) week extension from September 14, 2021 to October 5, 2021 to submit the executed Joint Fairness with Settlement Agreement for Your Honor's judicial approval. This is the parties' second extension.

The Parties have met with some confusion about the settlement sum, but have otherwise met and conferred and reach an agreement about all the other terms of the settlement. Accordingly, once the correction is made, the parties should be able to sign and submit the settlement agreement within the time frame provided in the letter.

We do not anticipate needing any other extension.

The parties thank the Court's kind consideration on this matter.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiff
/s/ Tiffany Troy
Tiffany Troy, Esq.

---

The parties' application for an extension of time is granted. The deadline to submit the fairness letter and proposed settlement agreement is hereby extended to October 5, 2021. The Clerk of Court is respectfully directed to terminate the motion, Doc. 78.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 09/14/2021
New York, New York

1